**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, <br> Plaintiffs, <br><br> v. <br><br> LATIMER ASSOCIATES, INC., an Iowa Corporation,  d/b/a ASI SIGNAGE INNOVATIONS, also d/b/a LATITUDE SIGNAGE INNOVATIONS, currently d/b/a LATITUDE SIGNAGE AND DESIGN, <br> Defendant. | ) ) ) ) ) ) ) ) ) No. 26-cv-3900 ) ) ) ) ) ) ) |

**COMPLAINT**

Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, by and through their attorneys, PAUL M. EGAN, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI, ANITA SALIU and ARNOLD AND KADJAN LLP, complain against Defendant **LATIMER ASSOCIATES, INC., an Iowa Corporation, d/b/a ASI SIGNAGE INNOVATIONS, also d/b/a LATITUDE SIGNAGE INNOVATIONS, currently d/b/a LATITUDE SIGNAGE AND DESIGN,** as follows:

**Jurisdiction and Venue**

1.     This Court has subject matter jurisdiction pursuant to Section 301 of the National Labor Relations Act, as amended, 29 U.S.C. 185(a), and Section 502 of the Employee Retirement

Security Act (ERISA) of 1974, as amended, 29 U.S.C. Section 1132(e)(1), 1145 and 28 U.S.C. Section 1331, and federal common law.

2. The Northern District of Illinois is the proper venue pursuant to 29 U.S.C. Section 1132(e) as the Plaintiffs' Fund is administered here in this judicial district.

### The Parties

3. The Plaintiffs are the TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND ("the Funds"), and have standing to sue pursuant to 29 U.S.C. Section1132(d)(1).

4. The Funds have been established pursuant to Collective Bargaining Agreements previously entered into between the Painters' District Council No. 14 and its affiliated locals (the "Union"), including Local 830.

5. The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, 29 U.S.C. Section 186 *et. seq.,* and the Employee Retirement Security Act, 29 U.S.C. Section 1001, *et. seq.,* and also pursuant to the terms and provisions of the Collective Bargaining Agreements and Declarations of Trust ("Trust Agreements") which established the Funds.

6. Defendant **LATIMER ASSOCIATES, INC. ("LATIMER")** is a foreign (Iowa) corporation, incorporated in 1985. At all pertinent times herein, **LATIMER** has been and remains an employer engaged in an industry affecting commerce. **LATIMER**, d/b/a **ASI SIGNAGE INNOVATIONS** has entered into successive collective bargaining agreements ("Labor Agreements") with the Union since at least June 3, 2020.

## The Agreements

7.     Pursuant to the provisions of the Labor Agreements, **LATIMER** is required to make periodic contributions to the Funds for each employee employed during that month.  In the event that contributions are not paid on a timely basis, the Trust Agreements provides that the employer must pay liquidated damages as follows: (1) ten percent (10%) of the delinquent contributions for the first month that contributions are late in a calendar year; and fifteen percent (15%) of the delinquent contributions for each successive month in the same calendar year.

8.    Under the terms of the collective bargaining agreements and Trust Agreements to which it is bound, **LATIMER** is required to submit all necessary books and records to Plaintiffs' auditor for the purpose of determining whether or not it is in compliance with its obligation to contribute to the Fund.  In addition, the Labor Agreement requires **LATIMER** to pay penalties assessed by the Trustees and the Trust Agreements requires **LATIMER** to pay liquidated damages, auditor fees, and all attorneys' fees and court costs incurred by the Funds in the collection process.

## The Claim

9.     **LATIMER** has breached the provisions of the collective bargaining agreements and Trust Agreements by failing to submit its books and records for a fringe benefit fund contribution compliance audit for the period of **January 1, 2021 through present**.

10.     Pursuant to the provisions of the Labor Agreement and/or Trust Agreement, **LATIMER** is required to pay liquidated damages, auditor fees and attorneys' fees and court costs incurred by the Fund in the collection process.

11.     Plaintiffs have been required to employ the undersigned attorneys to collect the monies that may be found to be due and owing from **LATIMER.**

12.     **LATIMER** is obligated to pay the attorneys' fees and court costs incurred by the Plaintiffs pursuant to the Labor Agreement, the Trust Agreements, and 29 U.S.C. Section 1132 (g)(D).

13.     Pursuant to 29 U.S.C. Section 1132(g)(2)(c), Plaintiffs are entitled to an amount equal to the greater of:

(i)     interest on the unpaid contributions; or

(ii)     liquidated damages provided for under the Trust Agreement not in excess of 20% of the amount that is due.

## Relief Sought

WHEREFORE, Plaintiffs pray for relief as follows:

A.     That **LATIMER** be ordered to produce its books and records for a fringe benefit fund contribution compliance audit for the period from January 1, 2021 through present;

B.     That judgment be entered in favor of Plaintiffs and against **LATIMER** in the amount shown to be due under the audit;

C.     That Plaintiffs be awarded its costs herein, including audit costs, interest, reasonable attorneys' fees and court costs incurred in the prosecution of this action, together with all liquidated damages and/or interest, and reasonable attorneys' fees and costs, all as provided in 29 U.S.C. Section 1132(g)(2)(D); and

D.     That this Court grant such other and further relief as may be appropriate under the

circumstances.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS WELFARE FUND, et al.,**

By: /s/      Grant R. Piechocinski
        One of their Attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ANITA SALIU
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415